IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BABY BOY HOWARD  (BOP Register No. 48824-039), § § § | | |
| Plaintiff, § § | | |
| V. § | No. 3:16-CV-2806-D | |
| § | | |
| CHIEF U.S. MARSHAL, ET AL., § § | | |
| Defendants. § | | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's December 9, 2016 motion to withdraw from civil action is granted, and his December 9, 2016 motion to request dismissal of filing fees is denied.

**SO ORDERED**.

March 13, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE